THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIC KIRKLAND, Appellant, v DALE ARTUS, as Superintendent of Clinton Correctional Facility, Respondent.

Submitted March 15, 2010; decided May 4, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NELSON RODRIGUEZ, Appellant, v JAMES CONWAY, Superintendent, Attica Correctional Facility, Respondent.

Submitted March 15, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NARZEL TALBERT, Appellant, v JAMES T. CONWAY, Respondent.

Submitted March 22, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY TISLON, Appellant, v DAVID ROCK, as Superintendent of Great Meadow Correctional Facility, Respondent.

Decided May 4, 2010

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).